27 F.3d 558
 New York Marine and General Insurance Company
v.
Johnston (William T., Margaret F.), Endicott-Sherwood Inc.,
Williamston at Sea Girt, Inc.; New York Marine and General
Insurance Company v. Williamston at Sea Girt, Inc.,
Endicott-Sherwood, Inc., Johnston (William T., Margaret F.);
Endicott-Sherwood, Inc. v. American Host Insurance, Inc.,
New York Marine & General Insurance Company, Cizek (Andrew
A.), Lambert (James A.)
 NOS. 93-5454, 93-5455
 United States Court of Appeals,
Third Circuit.
 May 09, 1994
 
 Appeal From: D.N.J.,
 Thompson, J.
 
 
 1
 AFFIRMED.